UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  No.  4:19cr149 |
| | ) |
| BARRY WRIGHT, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SUGGESTION OF DEATH

Counsel notify the Court and suggest on the record the September 19, 2024, death of defendant Barry Wright. Contemporaneously with this notice, counsel have filed a motion to dismiss on the grounds of abatement.

Respectfully submitted this 24th day of September, 2024.

                                                **/s/ Thomas A. Withers**
                                                Thomas A. Withers, Esq.
                                                Georgia Bar No. 772250

WITHERS LAW FIRM P.C.
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: twithers@witherslawfirmpc.com

                                              **/s/ Amy Lee Copeland**
                                              Amy Lee Copeland
                                              Georgia Bar No. 186730

ROUSE + COPELAND LLC
602 Montgomery Street
Savannah, Georgia 31401
Telephone: (912) 807-5000
Email: ALC@roco.pro

                                    Attorneys for Barry Wright

## CERTIFICATE OF SERVICE

I have served this Notice on the Court's CM/ECF portal, which generates a link for all counsel of record to a .pdf version of the file-stamped document.

This 23rd day of September, 2024.

/s/ **Amy Lee Copeland**
Amy Lee Copeland
Georgia Bar No. 186730